■ LORAINE P. LIEBMANN, Appellant, v. HERMAN LIEBMANN, Respondent. — Order entered on August 24, 1960, granting defendant's motion to vacate the plaintiff's notice of examination before trial of the defendant, dated July 26, 1960, and to quash subpœna duces tecum, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ RHEA S. KATZ et al, Individually and as Administratrices of the Estate of ABRAHAM SCHARFMAN, Deceased, et al., Respondents, v. ISIDORE SCHARFMAN et al., Appellants.— Order entered on February 27, 1961, denying defendants' motion to dismiss the complaint and granting plaintiffs' cross motion to conduct pretrial examinations, and order entered on March 13, 1961, resettling *nunc pro tunc* the order entered on February 27, 1961, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ALLIED RAW MATERIALS COMPANY, INC., Appellant, v. V. VACCARO & SONS, INC., et al., Respondents.— Order entered on April 13, 1961, granting the motion of defendant-respondent, American Molasses Company, to vacate plaintiff's notice to examine before trial one Robert W. Reich, a nonparty witness, unanimously affirmed, with $20 costs and disbursements to the respondent, American Molasses Company. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THOMAS M. FAY, Respondent, v. LAWRENCE W. ROBERTS, Appellant.— Order entered on May 16, 1961, granting plaintiff's motion to appoint a Referee to take a deposition of Yorktown Products Corporation, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ KIDDER, PEABODY & CO., Respondent, v. EDWARD EDELMAN, Appellant, et al., Defendants.— Order entered on March 9, 1961, granting plaintiff's motion for reargument, and, upon such reargument, recalling the order of the Supreme Court, New York County, entered on February 1, 1961, which granted defendant Edelman's motion to sever the claim against him, and denying such motion, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ SYLVIA NEEDLEMAN, Respondent, v. MANUFACTURERS TRUST COMPANY et al., Appellants.— Order entered on May 19, 1961, denying defendants-appellants' motion for an order directing the examination before trial of two persons as witnesses, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ BERNARD L. BASKIN, as Receiver of the Property and Assets of AUSTIN ASSOCIATES, INC., and Others, Respondent, v. LOUIS FORER, Appellant.— Order entered on May 10, 1961, granting plaintiff's motion, pursuant to rule 122 of the Rules of Civil Practice, to examine defendant for the purpose of framing the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. Settle order on notice fixing date for examination to proceed. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.